**Order filed February 15, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00142-CV

_____

## IN RE CYPRESS TEXAS LLOYDS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-177586**

---

## O R D E R

On February 14, 2012, relator, Cypress Texas Lloyds, filed a petition for writ of mandamus. *See* TEX. GOV'T CODE ANN. § 22.221. Relator asks this court to order The Honorable Brady G. Elliott, Judge of the 268th District Court, Fort Bend County, Texas, to vacate his order dated January 20, 2012, entered in trial court cause number 10-DCV-177586, styled *Kenneth Hamilton and Brenda Hamilton v. Cypress Texas Lloyds, Crawford & Co., Burt Breedlove, and James McMennamy*. Relator claims the trial court abused its discretion in compelling discovery of certain e-mails. Relator also filed a

motion to stay the trial court's order of January 20, 2012.  Real parties in interest Kenneth Hamilton and Brenda Hamilton filed a response to the motion to stay.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  *See* TEX. R. APP. P. 52.8(b), 52.10.

We therefore ORDER that the January 20, 2012 order of the court below be stayed in trial court cause number 10-DCV-177586, styled *Kenneth Hamilton and Brenda Hamilton v. Cypress Texas Lloyds, Crawford & Co., Burt Breedlove, and James McMennamy*.  The order is stayed until final decision by this court of relator's petition for writ of mandamus, or until further orders of this court.

A response to the petition for writ of mandamus is requested within twenty days of the date of this order.


PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish.

2